IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROYCE CALKINS**                                                                                       **PETITIONER**

v.                                          NO. 4:25-cv-00183-JM

**DEXTER PAYNE**                                                                                        **RESPONDENT**

ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris that were entered on June 17, 2025 (Doc. No. 17). Objections were due to be filed on or before July 7, 2025. No objections were filed.

On July 11, 2025, Petitioner filed a motion for extension of time to file an amended habeas corpus petition. (Doc. No. 18). He states that the order entered on June 12, 2025 (Doc. No. 16) granted him leave to file an amended petition to include a claim of ineffective assistance of counsel. However, rather than give Petitioner time to file an amended petition, the order treated his motion to amend as an actual amendment and "deemed [his initial petition] to include his claim of ineffective assistance of counsel." Id. No further permission to file an amended petition has been granted. Therefore, his motion for extension of time is denied.

After a careful review of the findings and recommendation, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss filed by respondent Dexter Payne ("Payne") is granted, see Docket Entry 12, and the petition for writ of habeas corpus filed by petitioner Royce Calkins ("Calkins") is dismissed. All requested relief is denied, and judgment will be entered for Payne. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability should also be denied.

Calkins cannot make a "substantial showing of the denial of a constitutional right." See 28 U.S.C. 2253(c)(2).

    IT IS SO ORDERED this 16th day of July, 2025.

                                                                                                      
_____
UNITED STATES DISTRICT JUDGE