IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROYCE CALKINS**                                                                                                           **PETITIONER**

v.                                      NO. 4:25-cv-00183-JM

**DEXTER PAYNE**                                                                                                           **RESPONDENT**

JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this 16th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE